```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ADAM L. YOUNG                  :        CIVIL ACTION
                               :
         v.                    :
                               :
CREDIT BUREAU SERVICES, INC.   :        NO. 13-5577
```

ORDER

AND NOW, this 21st day of April, 2015, upon consideration of the plaintiff's petition for attorney's fees and costs (Docket No. 93), the defendant's opposition (Docket No. 97), the plaintiff's reply (Docket No. 100), and the defendant's sur reply (Docket No. 101), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that that the plaintiff is awarded $8,320.78 in attorney's fees and costs.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.